JOSEPH W. COTCHETT (#36324)
jcotchett@cpsmlaw.com
BRUCE L. SIMON (#96241)
bsimon@cpsmlaw.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpsmlaw.com
KELLY L. SOMMERFELD (#234025)
ksommerfeld@cpsmlaw.com
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for the Plaintiff Margaret Kovarik*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET KOVARIK, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOXHOLLOW TECHNOLOGIES, INC., JOHN B. SIMPSON, MATTHEW B. FERGUSON, and Does 1-10,<br><br>Defendants. | Case No. C-06-4595 PJH<br><br>CLASS ACTION<br><br>PRIVATE SECURITIES LITIGATION REFORM ACT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES**<br><br>Date: n/a<br>Time: n/a<br>Ctrm: 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation to Deem Cases Related

## STIPULATION

WHEREAS, motions to Consolidate and Appoint Lead Plaintiff and Lead Counsel are presently set for hearing on November 1 and 8, 2006;

WHEREAS, the undersigned parties believe that it serves the interests of judicial economy and efficiency to defer the pending Case Management Conference and associated dates until after the pending motions are resolved;.

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and respectfully request the Court to enter an order continuing the Case Management Conference to December 14, 2006, or as soon thereafter as the Court is available.

IT IS SO STIPULATED.

Dated: October 4, 2006

COTCHETT PITRE SIMON & McCARTHY
JOSEPH W. COTCHETT
MARK C. MOLUMPHY
KELLY L. SOMMERFELD


/s/ Kelly L. Sommerfeld
KELLY L. SOMMERFELD

San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff Margaret Kovarik


October 4, 2006

KEKER & VAN NEST
ROBERT A. VAN NEST
ASIM M. BHANSALI

/s/ Asim Bhansali
ASIM M. BHANSALI

710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants FoxHollow Technologies, Inc., John B. Simpson, and Matthew B. Ferguson

1  I, Kelly L. Sommerfeld, am the ECF user whose ID and password is being used to file
2  this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B.,
3  I hereby attest that Asim Bhansali has concurred with this filing.

4
5                          **[~~PROPOSED~~] ORDER**
6
7  Pursuant to stipulation, IT IS SO ORDERED
8
9  Date: 10/5/06



The Honorable
United States
Judge Phyllis J. Hamilton

Stipulation to Deem Cases Related