| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | ASIM M. BHANSALI - #194925 |
| | PAULA L. BLIZZARD - #207920 |
| 3 | BROOK DOOLEY - #230423 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| | efiling@kvn.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | FOXHOLLOW TECHNOLOGIES, INC., |
| | JOHN B. SIMPSON, and |
| 8 | MATTHEW B. FERGUSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FOXHOLLOW TECHNOLOGIES, INC. SECURITIES LITIGATION** | Master File No. C-06-4595-PJH |
| | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| | Date Comp. Filed: July 28, 2006 |

---

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. C-06-4595-PJH

383647.01

1     **WHEREAS**, the parties in this action have met and conferred and agree that it is in their
2 mutual interest to set a schedule for Lead Plaintiffs to file an amended complaint, for
3 Defendants' response to the complaint, for briefing if a motion to dismiss is filed, and to
4 continue the date for the Case Management Conference;

5     **WHEREAS**, the parties in this action have previously filed one stipulation extending the
6 time for Defendants' to respond to the complaint until after an amended complaint was filed;

7     **WHEREAS**, the Case Management Conference for this action is currently set for
8 December 14, 2006; and

9     **WHEREAS**, the proposed schedule and continuance will not prejudice any party and
10 will not cause undue delay;

11     **IT IS THEREFORE STIPULATED THAT:**

12     (1) Lead Plaintiffs shall file a single consolidated amended class action complaint no later
13 than December 15, 2006;

14     (2) Defendants shall either file an Answer or other responsive pleading within 60 days of
15 the filing of Lead Plaintiffs' amended complaint;

16     (3) If the Defendants file a motion to dismiss as their responsive pleading,

17         (a) Lead Plaintiffs shall file its opposition thereto within 60 days of service of
18 Defendants' motion to dismiss;

19         (b) Defendants shall file any reply thereto within 30 days of service of Lead
20 Plaintiffs' opposition;

21         (c) The Case Management Conference shall be continued until 30 days after the
22 Court's ruling on the motion to dismiss;

23 //
24 //
25 //
26 //
27 //
28 //

1

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. C-06-4595-PJH

383647.01

1  (4) If the Defendants file an Answer as their responsive pleading, the Case Management Conference shall be heard on Thursday, March 15, 2007 at 2:30 p.m..

Dated: November 7, 2006.                KEKER & VAN NEST, LLP

                                        By: /s/ Brook Dooley
                                            BROOK DOOLEY
                                            Attorneys for Defendants
                                            FOXHOLLOW TECHNOLOGIES, INC., *et al.*

Dated: November 7, 2006.                COTCHETT, PITRE, SIMON & McCARTHY

                                        By: /s/ Mark C. Molumphy
                                            MARK C. MOLUMPHY
                                            Attorneys for Lead Plaintiffs
                                            MARGARET KOVARIK

I, Brook Dooley, am the ECF user whose ID and password is being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X, B., I hereby attest that Mark C. Molumphy has concurred with this filing.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November _8_, 2006.
                                        _____
                                        The Honorable Phyllis J. Hamilton
                                        United States District Court Judge

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. C-06-4595-PJH

383647.01