KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
PAULA L. BLIZZARD - #207920
BROOK DOOLEY - #230423
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
efiling@kvn.com

Attorneys for Defendants
FOXHOLLOW TECHNOLOGIES, INC.,
JOHN B. SIMPSON, and
MATTHEW B. FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FOXHOLLOW TECHNOLOGIES, INC. SECURITIES LITIGATION** | Master File No. C-06-4595-PJH<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date Comp. Filed: July 28, 2006 |

CORRECTED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C-06-4595-PJH

398033.01

1  **WHEREAS**, the hearing on Defendants FoxHollow Technologies, Inc., John B. Simpson, and Matthew B. Ferguson's Motion to Dismiss, (Docket No. 28), is currently set for hearing on June 27, 2007 at 9:00 a.m.

**WHEREAS**, the parties in this action are engaged in on-going settlement discussions;

**WHEREAS**, the parties in this action have met and conferred and agree that it is in their mutual interest, and in the interest of achieving a mutually agreeable settlement in this action, to continue the hearing on Defendants' Motion to Dismiss;

**WHEREAS**, the parties were not able to get final agreement from all interested parties to propose to continue the hearing until this morning, and the parties apologize to the Court for the late notice and the delay in filing this stipulation; and

**WHEREAS**, the proposed continuance will not prejudice any party and will not cause undue delay;

**IT IS THEREFORE STIPULATED THAT:**  The hearing on Defendants' Motion to Dismiss, currently set for June 27, 2007, is continued until Wednesday, September 5, 2007.

Dated:  June 26, 2007.                    KEKER & VAN NEST, LLP


By:  /s/ Brook Dooley
     BROOK DOOLEY
     Attorneys for Defendants
     FOXHOLLOW TECHNOLOGIES, INC., *et al.*

Dated:  June 26, 2007.                    COTCHETT, PITRE, SIMON & McCARTHY


By:  /s/ Mark C. Molumphy
     MARK C. MOLUMPHY
     Attorneys for Lead Plaintiffs
     MARGARET KOVARIK

1    I, Brook Dooley, am the ECF user whose ID and password is being used to file this
2    Stipulation and [Proposed] Order.  In compliance with General Order 45, X, B., I hereby attest
3    that Mark C. Molumphy has concurred with this filing.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  June __26__, 2007.                        _____
                                                                        The Honorable Phyllis J. Hamilton
                                                                        United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

2
CORRECTED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C-06-4595-PJH

398033.01