KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
PAULA L. BLIZZARD - #207920
BROOK DOOLEY - #230423
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
FOXHOLLOW TECHNOLOGIES, INC.,
JOHN B. SIMPSON, and
MATTHEW B. FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FOXHOLLOW TECHNOLOGIES, INC. SECURITIES LITIGATION**<br><br>This Document Relates to ALL ACTIONS | Master File No. C-06-4595-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT AND DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AS MOOT**<br><br>Date:         September 5, 2007<br>Time:        9:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Phyllis J. Hamilton |

1  Defendants FoxHollow Technologies, Inc., John B. Simpson, and Matthew B. Ferguson
2  moved to dismiss Plaintiffs' Consolidated Complaint for Violation of Federal Securities Laws
3  ("Consolidated Complaint").  The motion came on for hearing on September 5, 2007.

4  For the reasons stated at the hearing on September 5, 2007, the Court, having considered
5  the motion, Plaintiffs' opposition thereto, Defendants' reply, oral argument presented, and the
6  record on file herein, **HEREBY ORDERS** that the motion of Defendants to Dismiss is
7  **GRANTED** without prejudice.

8  Plaintiffs are granted leave to amend and may file a First Amended Complaint on or
9  before October 5, 2007.  Defendants may file any response on or before November 5, 2007.

10  IT IS FURTHER ORDERED that Defendants' Request for Judicial Notice is denied as
11  moot and without prejudice to Defendants' right to file a Request for Judicial Notice in
12  connection with their response to Plaintiffs' First Amended Consolidated Complaint.

13  APPROVED AS TO FORM:

14  Dated: September 7, 2007        KEKER & VAN NEST, LLP

16                                  By:  */s/ Paula L. Blizzard*
                                         Paula L. Blizzard
17                                       Attorneys for Defendants

18  Dated: September 7, 2007        COTCHETT, PITRE & MCCARTHY

20                                  By:  */s/ Mark C. Molumphy*
                                         [*Concurrence Obtained General Order 45 § X.B*]
21                                       Mark C. Molumphy
                                         Co-Lead Counsel for Lead Plaintiffs and Class
22

23  **IT IS SO ORDERED.**

25  Dated:  9/10/07

26                                  _____
                                    PHYLLIS J. HAMILTON
                                    JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*