JOSEPH W. COTCHETT (#36324)
Jcotchett@cpmlegal.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpmlegal.com
SEAN E. PONIST (#204712)
sponist@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Co-Lead Counsel for Lead Plaintiffs and Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FOXHOLLOW TECHNOLOGIES, INC. SECURITIES LITIGATION**<br><br>This Document Relates to All Actions. | Master File No. 06-4595-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED COMPLAINT**<br><br>Courtroom 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

## STIPULATION

WHEREAS, on September 5, 2007, the Court entered an order granting defendants' motion to dismiss Plaintiffs' Consolidated Complaint, and giving plaintiffs leave to amend to file a First Amended Complaint by October 5, 2007; and

WHEREAS, the parties are in continuing discussions relating to the resolution of the action and believe that it serves the interests of judicial efficiency to continue the deadline for two weeks;

NOW, THEREFORE, the parties stipulate and respectfully request the Court to enter an order continuing plaintiffs' deadline to file a First Amended Complaint for two weeks or until October 19, 2007, with defendants' response due 30 days thereafter, or by November 19, 2007.

IT IS SO STIPULATED.

Dated: October 3, 2007            COTCHETT, PITRE & McCARTHY

                                                  /s/ Mark C. Molumphy
                                   MARK C. MOLUMPHY
                                   COTCHETT, PITRE & McCARTHY
                                   840 Malcolm Road, Suite 200
                                   Burlingame, CA 94010
                                   Telephone: (650) 697-6000
                                   Fax: (650) 697-0577

*Attorneys for Plaintiffs and the Class*

Dated: October 3, 2007            KEKER & VAN NEST

                                                  /s/ Paula Blizzard
                                   PAULA BLIZZARD
                                   KEKER & VAN NEST
                                   710 Sansome Street
                                   San Francisco, CA 94111-1704
                                   Telephone: (415) 391-5400
                                   Fax: (415) 397-7188

*Attorney for Defendants FoxHollow Technologies, John B. Simpson and Matthew B. Ferguson*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation and Proposed Order.  In compliance with General Order 45, I hereby attest that Paula Blizzard has concurred with this filing.

---

STIPULATION AND [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

Pursuant to stipulation. IT IS SO ORDERED.

Dated: 10/3/07

_____
The Honorable
United States

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER

2